Robert A. KILGORE, (Appellant),

v.

STATE of Missouri, (Respondent).

No. WD 34755.

Missouri Court of Appeals,
Western District.

Nov. 22, 1983.

Joseph H. Locascio, Mimi Droll, Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Rebbecca Lake Overman, Sp. Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).